UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

AMERICAN RADIO ASSOCIATION,

    Plaintiff(s),

    v.

PATRIOT CONTRACT SERVICES,

    Defendant(s).

_____/

No. C 12-3090 PJH

**ORDER DENYING MOTION TO COMPEL ARBITRATION**

    Petitioner American Radio Association's motion to compel arbitration came on for hearing before this court on August 29, 2012. Petitioner American Radio Association ("petitioner") appeared through its counsel, David Rosenfeld. Respondent Patriot Contract Services ("respondent") appeared through its counsel, Jane Jacobs. Having read the papers filed in conjunction with the motion and carefully considered the arguments and the relevant legal authority, and good cause appearing, the court hereby DENIES petitioner's motion, for the reasons stated at the hearing, and summarized as follows.

    Critically, the court notes that respondent has already agreed to submit to arbitration. Thus, there is no need for the court to "compel arbitration," as requested by petitioner. Any remaining disputes as to the arbitration procedure and its location, that have arisen given the current impossibility of compliance with all of the terms of the collective bargaining agreement, are to be negotiated and agreed upon by the parties without court intervention.

    As this litigation was commenced with the filing of the petition to compel arbitration and in light of its denial, this matter is terminated. The Clerk shall close the file.

    IT IS SO ORDERED.

Dated: August 29, 2012

_____
PHYLLIS J. HAMILTON
United States District Judge